UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   BROOKS, LUCILLE    : Chapter 7

        Debtor       : Bankruptcy No. 19-17575 MDC

**ORDER DISMISSING CASE**

AND NOW this __19th__ day of __March__ 2020, upon consideration of the Motion of the Chapter 7 Trustee for an Order Dismissing the case due to failure of the Debtor to comply with 11 USC 521(a)(3), and the Court finding cause therefore; it is ORDERED that the above captioned matter be and is hereby **DISMISSED**.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE